EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney (CBN 116429)
    Federal Building, Suite 7516AA
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-5900
    E-mail: robert.lester@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 15-3028-RGK(JEMx) |
|---|---|
| Plaintiff, | [CR 04-0379-AHM] |
| v. | [~~PROPOSED~~] |
| TIGRAN PETROSYAN, | **ORDER GRANTING REQUEST TO TAKE JUDGMENT DEBTOR EXAMINATION OFF CALENDAR WITHOUT PREJUDICE** |
| Defendant. | Date: July 28, 2015<br>Time: 10:00 a.m. |

    Based on the Request of plaintiff United States of America,

    IT IS HEREBY ORDERED that the Request to take Judgment Debtor Examination scheduled for July 28, 2015 at 10:00 a.m. be taken off calendar without prejudice.

Dated: July 23, 2015.  _____
                                UNITED STATES MAGISTRATE JUDGE